# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Genus Lifesciences, Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) No. 5:19-cv-05403-JMG |
| Mallinckrodt LLC and SpecGx LLC, | ) |
| *Defendants*. | ) |

## STATUS REPORT

Pursuant to the Court's Order dated November 24, 2020 [ECF 66], defendants Mallinckrodt LLC and SpecGx LLC hereby advise the Court that the Chapter 11 case remains pending and the automatic stay continues to apply to plaintiff's claims in this case.

Dated: December 4, 2020

Respectfully submitted,

By: */s/ Herbert R. Giorgio*
Herbert R. Giorgio*
herb.giorgio@bclplaw.com
David A. Roodman*
daroodman@bclplaw.com
Barbara A. Smith*
barbara.smith@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone:    (314) 259-2000
Facsimile:    (314) 259-2020
*Admitted pro hac vice*

Lee C. Durivage
lcdurivage@mdwcg.com
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone:    (215) 575-2584

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Herbert R. Giorgio, Esquire, do hereby certify that a true and correct copy of the foregoing Status Report was served upon Plaintiff's counsel by electronic service through the Court's ECF system.

Dated: December 4, 2020  /s/ *Herbert R. Giorgio*
*Attorney for Defendants*